AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Puerto Rico

|  |  |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE UNITED STATES POSTAL SERVICE PARCEL FURTHER DESCRIBED IN ATTACHMENT A | )<br>)<br>) Case No.    26-365 (M)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ ---- _____ District of _____ Puerto Rico _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A. (Enclosed as Reference from the Affidavit)

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B.  (Enclosed as Reference from the Affidavit)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     **May 11, 2026** _____
*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
on duty _____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     **April 27, 2026, at 1:06 p.m.** _____     _____
*Judge's signature*

City and state:     _____ San Juan, Puerto Rico _____     _____ Hon. Hector Ramos Vega, U.S. Magistrate Judge _____
*Printed name and title*

*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| Case No.:<br>26-365 (M) | Date and time warrant executed:<br>4/27/26    2:37 pm | Copy of warrant and inventory left with:<br>USPIS Office |

*Inventory made in the presence of :*
DAVID NIEVES / EDGARDO LEON / Felix Rivens

*Inventory of the property taken and name of any person(s) seized:*

9505 5141 0377 6111 1835 74 - 1100g of fentanyl.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/27/2026

_____
*Executing officer's signature*

Joan V. Matos Kemp, U.S. Postal Inspector
*Printed name and title*

**ATTACHMENT A:**
PARCEL TO BE SEARCHED

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1. | (P) 9505 5141 0377 6111 1835 74 | Jose Torres 7612 Merlin Ct Rancho Cucamonga | Javier M Cardona Torres Urbanizacion Villa Madrid Calle 15 W9 Coamo PR 00769 |



8

**ATTACHMENT B:**
ITEMS TO BE SEIZED

All records and items in the Subject Parcel described in Attachment A that relate to violations of: (1) Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1); (2) Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846; and (3) Transportation of a Controlled Dangerous Substance via the United States Mail in violation of 21 U.S.C. § 843(b) ("the Subject Offense"), including but not limited to:

a. Controlled substances;

b. Narcotics trafficking paraphernalia;

c. United States currency;

d. Records related to narcotics suppliers, customers, and co-conspirators, and related identifying information;

e. Records reflecting the types, amounts, prices, dates and location of drugs transactions;

f. Information identifying sources of supply, including names, addresses and phone numbers; and

g. Indicia of possession, custody, or control, including documents or information reflecting the use of false or fraudulent identities.